# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIMOTHY MYERS,

    Plaintiff,

v.                                          Case No: 8:13-cv-2601-T-30AEP

PARADISE LIMOUSINES OF
PINELLAS COUNTY, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #14) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of January, 2014.

                                              JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2601 dismiss 14.docx